OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Hinderegger, Appellee, v. Dairy & Nutrition Council, Appellant.
[Cite as Hinderegger v. Dairy & Nutrition Council (1994),
Ohio St.3d     .]
Discrimination -- Age discrimination claim based on violation
    described in R.C. Chapter 4112 must comply with
    one-hundred-eighty-day statute of limitations period set
    forth in R.C. 4112.02(N).
    (Nos. 94-74 and 94-75 -- Submitted October 25, 1994 --
Decided November 16, 1994.)
    Certified by and Appeal from the Court of Appeals for
Stark County, No. CA-9297.

    Green, Haines, Sgambati, Murphy & Macala Co., L.P.A.,
Randall Vehar, Ronald G. Macala and Shawn C. Groff, for
appellee.
    Frost & Jacobs, Thomas V. Williams and Laurie A. Belan,
for appellant.

    The judgment of the court of appeals in case No. 94-74 is
reversed on the authority of Bellian v. Bicron Corp. (1994), 69
Ohio St.3d 517, 634 N.E.2d 608.
    The discretionary appeal in case No. 94-75 is denied.
    Moyer, C.J., A.W. Sweeney, Wright, Resnick and F.E.
Sweeney, JJ., concur.
    Douglas and Pfeifer, JJ., dissent.